SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
AHMED ("ANDY") R. JINNAH (Bar No. 297907)
andy.jinnah@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California. 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9224

ANDREW T. SOLOMON (*pro hac vice admission pending*)
asolomon@solomoncramer.com
SOLOMON & CRAMER LLP
1441 Broadway, Suite 6026
New York, New York 10018
Telephone: (212) 884-9102
Facsimile: (516) 368-3896

Attorneys for Plaintiff Matthew Pliskin,
as Trustee of the ICPW Nevada Trust

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PLISKIN, AS TRUSTEE OF THE ICPW NEVADA TRUST<br><br>Plaintiff,<br><br>-against-<br><br>ROBERT GOLDSTEIN and DRG STRATEGIC, LLC d/b/a/ MERIDIAN GLOBAL,<br><br>Defendants. | Case. No.: 2:18-cv-09491-FMO(ASx)<br><br>**PROOF OF SERVICE OF SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, CERTIFICATION AND NOTICE OF INTERESTED PARTIES, AND ORDER RETURNING CASE FOR REASSIGNMENT** |



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
------------------------------------------------X
MATTHEW PLISKIN, AS TRUSTEE OF
THE ICPW NEVADA TRUST,

        Plaintiff,                    Civil Action No. 2:18-cv-09491 CBM (ASx)

       -against-                   AFFIDAVIT OF SERVICE

ROBERT GOLDSTEIN, et al.,

        Defendant.
------------------------------------------------X
STATE OF TEXAS    )
                    S.S.:
COUNTY OF DALLAS  )

        AMANDA DEAVER, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 26th day of November, 2018, at approximately 12:45 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, CERTIFICATION AND NOTICE OF INTERESTED PARTIES, AND ORDER RETURNING CASE FOR REASSIGNMENT** upon DRG STRATEGIC, LLC d/b/a MERIDIAN GLOBAL at 5656 N. Central Expressway, #404, Dallas, TX 75206, by personally delivering and leaving the same with ERICA PRESTON, Building Staff/Front Desk.

        This location is a secured high rise condominium. At the time of service, the front desk staff refused to call up to Suite 404 or contact the residents. They refused to offer any assistance. At that point, deponent left the foregoing papers with Erica Preston, Building Staff/Front Desk. Deponent was able to later confirm through Texas property records that the property is owned by Robert Goldstein and Deborah Williams (listed registered agent for DRG Strategic).

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com

ERICA PRESTON is a black female, approximately 28 years of age, stands approximately 5 feet 8 inches tall, and weighs approximately 300 pounds with black hair.

_____
AMANDA DEAVER

Sworn to before me this
30th day of November, 2018

_____
NOTARY PUBLIC

WHITNIE RENEE FRENCH
My Notary ID # 130492037
Expires January 11, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
-------------------------------------------------X
MATTHEW PLISKIN, AS TRUSTEE OF
THE ICPW NEVADA TRUST,

        Plaintiff,                          Civil Action No. 2:18-cv-09491 CBM (ASx)

       -against-                        AFFIDAVIT OF SERVICE

ROBERT GOLDSTEIN, et al.,

        Defendant.
-------------------------------------------------X
STATE OF TEXAS   )
                     S.S.:
COUNTY OF DALLAS  )

        **AMANDA DEAVER**, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party to this action.

        That on the 26th day of November, 2018, at approximately the time of 12:45 pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, CERTIFICATION AND NOTICE OF INTERESTED PARTIES, AND ORDER RETURNING CASE FOR REASSIGNMENT** upon **ROBERT GOLDSTEIN** at 5656 N. Central Expressway, #404, Dallas, TX 75206, by personally delivering and leaving the same with **ERICA PRESTON**, Building Staff/Front Desk, a person of suitable age and discretion at that address.

        This location is a secured high rise condominium. At the time of service, the front desk staff refused to call up to Suite 404 or contact the residents. They refused to offer any assistance. At that point, deponent left the foregoing papers with Erica Preston, Building Staff/Front Desk. Deponent was able to later confirm through Texas property records that the property is owned by Robert Goldstein.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



ERICA PRESTON is a black female, approximately 28 years of age, stands approximately 5 feet 8 inches tall, and weighs approximately 300 pounds with black hair.

*AMANDA DEAVER*

Sworn to before me this
30th day of November, 2018

*Whitnie Renee French*
NOTARY PUBLIC

WHITNIE RENEE FRENCH
My Notary ID # 130492037
Expires January 11, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
-------------------------------------------------------X
MATTHEW PLISKIN, AS TRUSTEE OF
THE ICPW NEVADA TRUST,

        Plaintiff,                      Civil Action No. 2:18-cv-09491 CBM (ASx)

   -against-                           AFFIDAVIT OF MAILING

ROBERT GOLDSTEIN, et al.,

        Defendant.
-------------------------------------------------------X
STATE OF NEW YORK  )
                      S.S.
COUNTY OF NEW YORK  )

        **SHIRLEY CHEN**, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 27th day of November, 2018, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, CERTIFICATION AND NOTICE OF INTERESTED PARTIES, AND ORDER RETURNING CASE FOR REASSIGNMENT** upon **ROBERT GOLDSTEIN** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

Robert Goldstein
5656 N. Central Expressway
#404
Dallas, TX 75206

            _[signature]_
            **SHIRLEY CHEN**

Sworn to before me this
27th day of November, 2018

                          JONATHAN RIPPS
                          Notary Public-State of New York
                          No. 01RI6109718
                          Qualified in New York County
                          Commission Expires May 17, 2020

NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com

**PROOF OF SERVICE**

I, Chris O'Meara, declare:

I am a citizen of the United States and employed in County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 601 South Figueroa Street, Suite 2500, Los Angeles, California 90017-5704. On December 4, 2018, I served a copy of the within document(s):

> PROOF OF SERVICE OF SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, CERTIFICATION AND NOTICE OF INTERESTED PARTIES, AND ORDER RETURNING CASE FOR REASSIGNMENT

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Robert Goldstein
DRG Strategic, LLC
d/b/a Meridian Global
5656 N. Central Expressway
#404
Dallas, TX 75206

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

109766963\V-1

1  I declare that I have been retained by a member of the bar of this Court at whose direction
2  this service was made.
3  Executed on December 4, 2018, at Los Angeles, California.

_____
Chris O'Meara

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

109766963\V-1