SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
AHMED ("ANDY") R. JINNAH (Bar No. 297907)
andy.jinnah@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California. 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9224

ANDREW T. SOLOMON (*admitted pro hac vice*)
asolomon@solomoncramer.com
SOLOMON & CRAMER LLP
1441 Broadway, Suite 6026
New York, New York 10018
Telephone: (212) 884-9102
Facsimile: (516) 368-3896

Attorneys for Plaintiff Matthew Pliskin,
as Trustee of the ICPW Nevada Trust

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| MATTHEW PLISKIN, AS TRUSTEE OF THE ICPW NEVADA TRUST<br><br>Plaintiff,<br><br>-against-<br><br>ROBERT GOLDSTEIN and DRG STRATEGIC, LLC d/b/a/ MERIDIAN GLOBAL,<br><br>Defendants. | Case. No.: 2:18-cv-09491-FMO(ASx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: November 26, 2018<br>Current response date: December 17, 2018<br>New response date: January 16, 2019 |

WHEREAS, Plaintiff Matthew Pliskin, solely in his capacity as Trustee for the ICPW Nevada Trust, filed Case No. 2:18-cv-09491-FMO(ASx) against Defendants Robert Goldstein and DRG Strategic, LLC, on November 8, 2018;

1  WHEREAS, Plaintiff served his Summons and Complaint on Defendants on November 26, 2018;

2  WHEREAS, pursuant to F.R.C.P. 12(a), Defendants were required to serve a response to the Complaint on or before December 17, 2018;

3  WHEREAS, there have been no previous agreements or requests submitted to the Court regarding an extension of time in this matter;

4  WHEREAS, Defendants previously communicated to Plaintiff that they were not represented by counsel and that they required additional time to retain an attorney and respond to the Summons and Complaint;

5  WHEREAS, Defendants have requested, and Plaintiff has agreed, pursuant to L.R. 8-3, to an extension of 30 days beyond December 17, 2018 for Defendants to respond to the Complaint.

6  NOW, THEREFORE, by and through their respective counsel, Plaintiff and Defendants stipulate and agree that Defendants' response to Plaintiff's Complaint shall be due on or before January 16, 2019.  Defendants further stipulate and agree not to contest service of process, but otherwise reserve all rights and defenses, including the right to contest personal jurisdiction and venue.

Dated: January 11, 2019

DENTONS US LLP
By: /s/ Ahmed ("Andy") R. Jinnah
Samuel R. Maizel
Tania M. Moyron
Ahmed ("Andy") R. Jinnah

SOLOMON & CRAMER LLP
By: /s/ Andrew T. Solomon
Andrew T. Solomon (*admitted pro hac vice*)

Attorneys for Plaintiff Matthew Pliskin, as Trustee for the ICPW Nevada Trust

| | | |
|---|---|---|
| 1 | Dated: January 11, 2019 | LTL ATTORNEYS LLP |
| 2 | | By: /s/ *Joe H. Tuffaha* |
| | | Joe H. Tuffaha |
| 3 | | (Bar No. 253723) |

3

STIPULATION TO EXTEND TIME