LTL ATTORNEYS LLP
  Joe Tuffaha (State Bar No. 253723)
    joe.tuffaha@ltlattorneys.com
  Prashanth Chennakesavan (State Bar No. 284022)
    prashanth.chennakesavan@ltlattorneys.com
300 S. Grand Avenue, 14th Floor
Los Angeles, California 90071
Telephone: 213-612-8900
Facsimile: 213-612-3773

Attorneys for Defendants
Robert Goldstein and DRG Strategic, LLC
d/b/a Meridian Global

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PLISKIN, AS TRUSTEE OF THE ICPW NEVADA TRUST<br><br>Plaintiff,<br><br>v.<br><br>ROBERT GOLDSTEIN and DRG STRATEGIC, LLC d/b/a MERIDIAN GLOBAL,<br><br>Defendants. | Case No: 2:18-cv-09491 FMO (ASx)<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>*[Notice of Motion and Motion to Dismiss and Declaration of Robert Goldstein concurrently herewith]*<br><br>Hearing:<br>Date: February 14, 2019<br>Time: 10:00 a.m.<br>Crtrm: 6D<br><br>Judge: Hon. Fernando M. Olguin |

1 | The Court, having reviewed and considered Defendants' Robert Goldstein
2 | and DRG Strategic, LLC d/b/a Meridian Global (collectively, "Defendants") Motion
3 | to Dismiss ("Motion"), arguments of counsel, and other evidence submitted before
4 | or at the hearing on the Motion, hereby GRANTS Defendants' Motion and
5 | dismisses Plaintiff's Complaint based on lack of personal jurisdiction.

7 | IT IS SO ORDERED.

9 | DATED: _____, 2019

The Honorable Fernando M. Olguin
United States District Court Judge