NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Joe H. Tuffaha (SBN 253723)
Prashanth Chennakesavan (SBN 284022)
LTL Attorneys LLP
300 S. Grand Ave., 14th FL
Los Angeles, CA 90071
(213) 612-8900

ATTORNEY(S) FOR: Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PLISKIN, AS TRUSTEE OF THE ICPW NEVADA TRUST<br><br>Plaintiff(s),<br><br>v.<br><br>ROBERT GOLDSTEIN and DRG STRATEGIC, LLC d/b/a MERIDIAN GLOBAL<br><br>Defendant(s) | CASE NUMBER:<br><br>2:18-cv-09491 FMO (ASx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Defendants___
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Matthew Pliskin, as Trustee of the ICPW Nevada Trust | Plaintiff |
| Robert Goldstein | Defendant |
| DRG Strategic, LLC d/b/a Meridian Global | Defendant |

January 16, 2019                           /s/ Joe Tuffaha
Date                                              Signature

Attorney of record for (or name of party appearing in pro per):

Defendants

CV-30 (05/13)                           NOTICE OF INTERESTED PARTIES