SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
AHMED ("ANDY") R. JINNAH (Bar No. 297907)
andy.jinnah@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California. 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9224

ANDREW T. SOLOMON (*admitted pro hac vice*)
asolomon@solomoncramer.com
SOLOMON & CRAMER LLP
1441 Broadway, Suite 6026
New York, New York 10018
Telephone: (212) 884-9102
Facsimile: (516) 368-3896

Attorneys for Plaintiff Matthew Pliskin,
as Trustee of the ICPW Nevada Trust

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| MATTHEW PLISKIN, AS TRUSTEE OF THE ICPW NEVADA TRUST<br><br>Plaintiff,<br><br>-against-<br><br>ROBERT GOLDSTEIN and DRG STRATEGIC, LLC d/b/a/ MERIDIAN GLOBAL,<br><br>Defendants. | Case. No.: 2:18-cv-09491-FMO(ASx)<br><br>**DECLARATION OF MATTHEW A. PLISKIN IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

I, Matthew A. Pliskin, declare as follows:

   1.   I am the Trustee of the ICPW Nevada Trust (the "Trust") created pursuant to the *Debtors' and Official Committee of Equity Security Holders' Joint Plan of Liquidation Dated*

1

1  *February 9, 2018*, and that certain trust agreement dated as of February 28, 2018, entered into by and among the Trustee, ICPW Liquidation Corporation, a California corporation ("ICPW California"), formerly known as Ironclad Performance Wear Corporation, a California corporation, and ICPW Liquidation Corporation, a Nevada corporation, formerly known as Ironclad Performance Wear Corporation, a Nevada corporation ("Ironclad Nevada," and together with ICPW California, "Ironclad"). Formerly, I served as Ironclad's Chief Financial Officer ("CFO") from August 2017 through the date of the creation of the Trust on February 28, 2018.

2.  I have personal knowledge of the facts set forth herein and, if called to testify, would an could competently testify thereto. This Declaration is based upon my review of pertinent portions of the Ironclad's books and records, and the information I have obtained in my position as CFO of Ironclad and as the Trustee of the Trust.

3.  On or about the date that Ironclad ceased to exist and the Trust was created, approximately 37% of the total shares of Ironclad were held by known residents of California. Moreover, because some of the total shares of Ironclad were held in "street name," the true percentage of the total shares of Ironclad held by California residents may be higher.

4.  Attached hereto and incorporated herein as Exhibit "A" is a true and accurate copy of an Ironclad invoice to Meridian Global dated December 31, 2015, invoice number INV0206066, order number ORD0184382.

5.  Attached hereto and incorporated herein as Exhibit "B" is a true and accurate copy of an "AMS Fulfillment TrackOne" tracking report generated on May 25, 2017, concerning order number ORD0184382-1 for customer Meridian Global.

6.  Attached hereto and incorporated herein as Exhibit "C" is a true and accurate copy of an Ironclad purchase order to Meridian Global dated February 4, 2016, purchase order number PO0004806.

7.  Attached hereto and incorporated herein as Exhibit "D" is a true and accurate copy of an email from Tom Felton to Betty-Lou Wiseman dated February 26, 2016, subject line "RE: KRC5Q Label Removal."

8. Attached hereto and incorporated herein as Exhibit "E" is a true and accurate copy of an email, with attachments, from Bob Goldstein to Tom Felton dated June 7, 2017, subject line "FW: AMS Invoices attached."

9. Attached hereto and incorporated herein as Exhibit "F" is a true and accurate copy of a letter from Bob Goldstein "to whom it may concern" dated June 8, 2017, regarding "constructive delivery" at AMS on December 31, 2015.

1  I declare under penalty of perjury that the foregoing is true and correct.

2

3  Executed: January 24, 2019                      By: _____
                                                   Matthew A. Pliskin
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MATTHEW A. PLISKIN