# EXHIBIT A

# EXHIBIT A

***HISTORICAL***

**Ironclad**

| Invoice | INV0206066 |
|---|---|
| Date | 12/31/2015 |
| Page | 1 |
| Order | ORD0184382 |

Remit to: **Ironclad Performance Wear Corp.**
P.O.BOX 47073
HOUSTON TX 77210-7073

Phone: (310) 643-7800
Fax: (310) 643-0300

**Bill To:**
MERIDIAN GLOBAL
3515 BROWN STREET
SUITE 122
DALLAS TX   75219

0

**Ship To:**
MERIDIAN GLOBAL
28220 Industry Drive
Valencia CA   91355

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | FOB |
|---|---|---|---|---|---|---|
| MRD12302015 | MERIDIAN001 | House | W/CI | NET 90 | 12/30/2015 | Ironclad |

| Ordered | Shipped | B/O | Item Number | Description | Disc | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 2,664 | 2,664 | 0 | KRC5Q-02-S | Kong Rigger Grip Cut 5 Quanta - Small | $0.00 | $15.00 | $39,960.00 |
| 9,144 | 9,144 | 0 | KRC5Q-03-M | Kong Rigger Grip Cut 5 Quanta - Medium | $0.00 | $15.00 | $137,160.00 |
| 5,760 | 5,760 | 0 | KRC5Q-04-L | Kong Rigger Grip Cut 5 Quanta - Large | $0.00 | $15.00 | $86,400.00 |
| 5,976 | 5,976 | 0 | KRC5Q-05-XL | Kong Rigger Grip Cut 5 Quanta - Extra Large | $0.00 | $15.00 | $89,640.00 |
| 3,096 | 3,096 | 0 | KRC5Q-06-XXL | Kong Rigger Grip Cut 5 Quanta - Double Extr | $0.00 | $15.00 | $46,440.00 |
| 936 | 936 | 0 | KRC5Q-07-XXXL | Kong Rigger Grip Cut 5 Quanta - Triple Extr | $0.00 | $15.00 | $14,040.00 |

*[handwritten: 27,576 Pairs]*

Per Tom Felton,
pricing is 15.00

| | |
|---|---|
| Subtotal | $413,640.00 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $413,640.00 |

Ship Date:        12/31/2015
Tracking #:       MERIDIAN GLOBAL
# of Cartons:    383

IC000600