# EXHIBIT B

# EXHIBIT B

Accessing IRONCLAD PERFORMANCE WEAR Data | Home | Log out chmoirc

# TrackOne Order Details

 Order Number         Search



| | | | |
|---|---|---|---|
| AMS Order Number | 78768949 | Ship Date | 12/31/2015 3:25:00 PM |
| PO Number | ORD0184382-01 | Requested Ship Method | WILL CALL |
| Customer PO # | MRD12302015 | Actual Ship Method | WILL CALL |
| Order Entry Date | 12/30/2015 3:20:00 PM | Master Tracking # | MERIDIAN GLOBAL |
| BOL # | | Master BOL # | |
| FOB | | Customer # | |
| Order Status | Regular | Ship After Date | 12/30/2015 |
| Start Ship Date | | End Ship Date | |
| Retailer Order Number | | Customer PO Number | |
| Ship to Location # | | Mark for Location # | |
| Department | | PO Type | |
| Division | | Vendor Number | |
| Pro Number | | Load Appointment ID | |
| Trailer ID | | Seal # | |

| Order By | | Ship To | |
|---|---|---|---|
| Name | MERIDIAN GLOBAL | Name | MERIDIAN GLOBAL |
| Attention | SUITE 122 | Attention | |
| Department | | Department | |
| Deliver To | | Deliver To | |
| Street | 3515 BROWN STREET | Street | 28220 Industry Drive |
| City | DALLAS | City | Valencia |
| State | TX | State | CA |
| Zip | 75219 | Zip | 91355 |
| Country | USA | Country | USA |
| E-Mail | | E-Mail | |

| | |
|---|---|
| Units Ordered | 27576 |
| Units Shipped | 27576 |
| Units Backordered | 0 |
| Total Line Items | 6 |

| Date | Carton Number | Ship Method | Tracking Number | Cartons | Weight | Charge |
|---|---|---|---|---|---|---|
| | 20386226 | WILL CALL | | 1 | 0 | 0 |
| 12/31/2015 3:22:00 PM | 20390806 | WILL CALL | MERIDIAN GLOBAL | 383 | 0 | 0 |
| | 20386523 | WILL CALL | | 1 | 0 | 0 |
| | 20386562 | WILL CALL | | 1 | 0 | 0 |
| | 20389994 | WILL CALL | | 1 | 0 | 0 |
| | 20389996 | WILL CALL | | 1 | 0 | 0 |

| Item Number | Item Name | Qty Ordered | Qty Shipped |
|---|---|---|---|
| KRC5Q-02-S | Kong Rigger Grip Cut 5 Quanta S | 2664 | 2664 |
| KRC5Q-03-M | Kong Rigger Grip Cut 5 Quanta M | 9144 | 9144 |
| KRC5Q-04-L | Kong Rigger Grip Cut 5 Quanta L | 5760 | 5760 |
| KRC5Q-05-XL | Kong Rigger Grip Cut 5 Quanta XL | 5976 | 5976 |
| KRC5Q-06-XXL | Kong Rigger Grip Cut 5 Quanta XXL | 3096 | 3096 |
| KRC5Q-07-XXXL | Kong Rigger Grip Cut 5 Quanta XXXL | 936 | 936 |