# EXHIBIT C

# EXHIBIT C

# Ironclad Performance Wear Inc.
1920 Hutton Court
Suite 300
Farmers Branch TX 75234

|  |  |
|---|---|
| Purchase Order | **CHANGE ORDER** |
| Purchase Order No. | PO0004806 |
| PO Date | 2/4/2016 |
| Original Ship Date | 3/31/2016 |
| Revised Ship Date | 3/31/2016 |
| Revision Number | 1 |
| FOB | None |

**Vendor:**
Meridian Global - Bob Goldstein
3515 Brown Street
Suite 122
Dallas TX 75219

**Ship To:**
Ironclad Performance Wear Corp

^ Changed Since the Previous Revision

| Shipping Method | Payment Terms | Confirm With | Page |
|---|---|---|---|
|  | Net 30 |  | 1 |

| L/N | Item Number | Description | U/M | Ordered | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|
|  |  | Reference Number / Ship Date |  |  |  |  |
| ^7 | KRC5-02-S | Kong Rigger Grip Cut 5 - Small / KRC5-02-S / 3/31/2016 | EACH | 2,664 | $16.50 | $43,956.00 |
| ^8 | KRC5-03-M | Kong Rigger Grip Cut 5 - Medium / KRC5-03-M / 3/31/2016 | EACH | 9,144 | $16.50 | $150,876.00 |
| ^9 | KRC5-04-L | Kong Rigger Grip Cut 5 - Large / KRC5-04-L / 3/31/2016 | EACH | 5,760 | $16.50 | $95,040.00 |
| ^10 | KRC5-05-XL | Kong Rigger Grip Cut 5 - Extra Large / KRC5-05-XL / 3/31/2016 | EACH | 5,976 | $16.50 | $98,604.00 |
| ^11 | KRC5-06-XXL | Kong Rigger Grip Cut 5 - Double Extra La / KRC5-06-XXL / 3/31/2016 | EACH | 3,096 | $16.50 | $51,084.00 |
| ^12 | KRC5-07-XXXL | Kong Rigger Grip Cut 5 - Triple Extra La / KRC5-07-XXXL / 3/31/2016 | EACH | 936 | $16.50 | $15,444.00 |

*Turner J. VonAlman*
**Authorized Signature**

Total Quantity 27576

|  |  |
|---|---|
| **Subtotal** | $455,004.00 |
| **Trade Discount** | $0.00 |
| **Freight** | $0.00 |
| **Miscellaneous** | $0.00 |
| **Tax** | $0.00 |
| **Order Total** | $455,004.00 |

Print Date: 2/4/2016 4:43:35 PM