# EXHIBIT D

# EXHIBIT D

# RE: KRC5Q Label Removal

**From:** Tom Felton <"/o=ironclad/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=thomas feltonb74">
**To:** Betty-Lou Wiseman - AMS <blwiseman@amsfulfillment.com>
**Date:** Fri, 26 Feb 2016 08:29:46 -0600

Betty-Lou,

We (Ironclad) are going to buy these completed units back from Meridian as KRC5's.  We are short on KRC5's and instead of making more, he is going to sell them back to us after you have completed the Quanta label removal.
Can you invoice DRG Strategic (Meridian) for the conversion work you have completed, then receive these into Ironclad stock as KRC5's?  we have issues DRG Strategic a PO for these.

Let me know if you have any questions.  Also, let me know if the quantity has changed since another week has gone by since you gave me the below numbers.
Give me a call if we need to talk through this.

Thanks,
Tom



**Tom Felton**
**Senior Vice President, Supply Chain**
Ironclad Performance Wear Corp.
p: 972-996-5664 ext.140  m: 214-762-2314  f: 469-341-7213
a: 1920 Hutton Court #300, Farmers Branch, TX 75234, USA
w: www.ironclad.com | www.konggloves.com | www.ironcladexo.com

---

**From:** Betty-Lou Wiseman - AMS [mailto:blwiseman@amsfulfillment.com]
**Sent:** Monday, February 22, 2016 4:38 PM
**To:** Tom Felton <Tom.Felton@ironclad.com>
**Subject:** FW: KRC5Q Label Removal

Hi Tom,
Here is what we have ready as of today.  Let me know if this is enough to get them started.
BL

**From:** Zuleika Hernandez - AMS
**Sent:** Monday, February 22, 2016 11:53 AM
**To:** Betty-Lou Wiseman - AMS <blwiseman@amsfulfillment.com>
**Subject:** Re: KRC5Q Label Removal

This is what we have ready:

| STYLE | BOXES | PAIRS |
|---|---|---|
| KRC5Q-02-S | 20 | 1440 |
| KRC5Q-03-M | 36 | 2592 |

| | | |
|---|---|---|
| KRC5Q-04-L | 25 | 1800 |
| KRC5Q-05-XL | 18 | 1296 |
| KRC5Q-06-XXL | 7 | 504 |
| KRC5Q-07-XXXL | 13 | 936 |
| TOTAL | 119 | 8568 |

**From:** Zuleika Hernandez - AMS
**Sent:** Monday, February 22, 2016 9:44 AM
**To:** Betty-Lou Wiseman - AMS
**Subject:** Re: KRC5Q Label Removal

yes, I will head over there soon to get a count.

**From:** Betty-Lou Wiseman - AMS
**Sent:** Monday, February 22, 2016 9:08 AM
**To:** Zuleika Hernandez - AMS
**Subject:** FW: KRC5Q Label Removal

I need to have a count of what we can send, I told him today.

**From:** Tom Felton [mailto:Tom.Felton@ironclad.com]
**Sent:** Thursday, February 18, 2016 7:25 PM
**To:** Betty-Lou Wiseman - AMS <blwiseman@amsfulfillment.com>
**Subject:** KRC5Q Label Removal

Betty-Lou,

I wanted to check status and see if I can get a breakdown on how much has been completed so far?
I believe we said that after the first 3 weeks, we would look to move what had been completed.  I think it has been 3 weeks if not mistaken.

Thanks,
Tom



Tom Felton
Senior Vice President, Supply Chain
Ironclad Performance Wear Corp.
p: 972-996-5664 ext.140   m: 214-762-2314   f: 469-341-7213
a: 1920 Hutton Court #300, Farmers Branch, TX 75234, USA
w: www.ironclad.com

Ironclad Performance Wear - Gloves that offer protection ...
www.ironclad.com
Gloves that offer protection and performance, but sacrifice neither.

| www.konggloves.com | www.ironcladexo.com