# EXHIBIT E

# EXHIBIT E

| | |
|---|---|
| **From:** | Bob Goldstein <bgoldstein@m3-global.com> |
| **To:** | Tom Felton <tom.felton@ironclad.com> |
| **Date:** | Wed, 07 Jun 2017 15:37:09 -0500 |
| **Attachments:** | DRG Strategic LLC - 15219.pdf (20.55 kB); Re: KRC5 - removal of tag invoice. (51.71 kB); KRC5 - removal of tag invoice. (51.2 kB) |

A third one, attached here. Three batches total.
Will get the proof of payment next

---

**From:** Bob Goldstein
**Sent:** Wednesday, June 07, 2017 3:31 PM
**To:** Tom Felton (Tom.Felton@ironclad.com)
**Subject:** AMS Invoices attached

Tom,
We did these repairs in two batches, see attached invoices.
Bob



# Invoice

| Date | Invoice # |
|---|---|
| 3/29/2016 | 15219 |

**29010 Commerce Center Drive**
**Valencia, CA 91355**

| Bill To |
|---|
| DRG Strategic LLC<br>PO Box 191981<br>Dallas, TX 75219 |

| P.O. No. | Terms | Job No |
|---|---|---|
|  | Due on receipt |  |

| Qty | Description | Rate | Amount |
|---|---|---|---|
|  | FULFILLMENT SERVICES - REMOVAL OF QUANTA TAG |  |  |
| 1 | KRC5Q-03-M - 46 Boxes, 3312 Pairs | 3,312.00 | 3,312.00 |
| 1 | KRC5Q-04-L - 4 Boxes, 288 Pairs | 288.00 | 288.00 |
| 1 | KRC5Q-05-XL - 47 Boxes, 3384 Pairs | 3,384.00 | 3,384.00 |
| 1 | KRC5Q-06-XXL - 3 Boxes, 216 Pairs | 216.00 | 216.00 |

**Total** $7,200.00

| Phone # | Fax # | Contact: | Web Site |
|---|---|---|---|
| 661 775-0611 | 661 775-0613 | Accounts Receivable | www.amsfulfillment.com |

# Re: KRC5 - removal of tag invoice.

| | |
|---|---|
| **From:** | Zuleika Hernandez - AMS <zhernandez@amsfulfillment.com> |
| **To:** | Bob Goldstein <bgoldstein@m3-global.com> |
| **Date:** | Wed, 16 Mar 2016 18:18:40 -0500 |
| **Attachments:** | DRG Strategic LLC - 15160.pdf (20.59 kB) |

Thank you so much!

Attached is the 2nd invoice for this project.  We should have a final one in about another 2 weeks or so.

Best regards,

Zuleika

_____

   From: Bob Goldstein <bgoldstein@m3-global.com>
   Sent: Wednesday, March 16, 2016 6:54 AM
   To: Zuleika Hernandez - AMS
   Subject: RE: KRC5 - removal of tag invoice.

   Good morning, Zuleika.

   This payment was mailed yesterday. Tks for your cooperation.

   Bob

   -----Original Message-----
   From: Zuleika Hernandez - AMS [mailto:zhernandez@amsfulfillment.com]
   Sent: Friday, March 04, 2016 12:22 PM
   To: Bob Goldstein
   Subject: KRC5 - removal of tag invoice.

   Hello Bob,

   Tom Felton from Ironclad gave me your contact info.  Attached is the first invoice for the removal of the Quanta tag.

   If you need any further information,  please feel free to contact me.

   Best regards,

   Zuleika
   Sr. Account Manager



# Invoice

| Date | Invoice # |
|---|---|
| 3/16/2016 | 15160 |

**29010 Commerce Center Drive**
**Valencia, CA 91355**

**Bill To**

DRG Strategic LLC
PO Box 191981
Dallas, TX 75219

| P.O. No. | Terms | Job No |
|---|---|---|
| | Net 15 | |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| | FULFILLMENT SERVICES - REMOVAL OF QUANTA TAG | | |
| 1 | KRC5Q-02-S - 7 Boxes, 504 Pairs | 504.00 | 504.00 |
| 1 | KRC5Q-03-M - 41 Boxes, 2952 Pairs | 2,952.00 | 2,952.00 |
| 1 | KRC5Q-04-L - 30 Boxes, 2160 Pairs | 2,160.00 | 2,160.00 |
| 1 | KRC5Q-05-XL - 8 Boxes, 576 Pairs | 576.00 | 576.00 |
| 1 | KRC5Q-06-XXL - 33 Boxes, 2376 Pairs | 2,376.00 | 2,376.00 |

**Total** $8,568.00

| Phone # | Fax # | Contact: | Web Site |
|---|---|---|---|
| 661 775-0611 | 661 775-0613 | Accounts Receivable | www.amsfulfillment.com |

**From:** Zuleika Hernandez - AMS <zhernandez@amsfulfillment.com>
**To:** Bob Goldstein <bgoldstein@m3-global.com>
**Date:** Fri, 04 Mar 2016 12:21:34 -0600
**Attachments:** DGR Strategic LLC - 15086.pdf (20.69 kB); ATT00001.txt (25 bytes)

Hello Bob,

Tom Felton from Ironclad gave me your contact info.  Attached is the first invoice for the removal of the Quanta tag.

If you need any further information,  please feel free to contact me.

Best regards,

Zuleika
    Sr. Account Manager



# Invoice

| Date | Invoice # |
|---|---|
| 3/3/2016 | 15086 |

**29010 Commerce Center Drive**
**Valencia, CA 91355**

| Bill To |
|---|
| DRG Strategic LLC<br>PO Box 191981<br>Dallas, TX 75219 |

| P.O. No. | Terms | Job No |
|---|---|---|
|  | Due on receipt |  |

| Qty | Description | Rate | Amount |
|---|---|---:|---:|
|  | FULFILLMENT SERVICES - REMOVAL OF QUANTA TAG |  |  |
| 1 | KRC5Q-02-S - 30 Boxes, 2160 Pairs | 2,160.00 | 2,160.00 |
| 1 | KRC5Q-03-M - 40 Boxes, 2880 Pairs | 2,880.00 | 2,880.00 |
| 1 | KRC5Q-04-L - 46 Boxes, 3312 Pairs | 3,312.00 | 3,312.00 |
| 1 | KRC5Q-05-XL - 28 Boxes, 2016 Pairs | 2,016.00 | 2,016.00 |
| 1 | KRC5Q-06-XXL - 7 Boxes, 504 Pairs | 504.00 | 504.00 |
| 1 | KRC5Q-07-XXXL - 13 Boxes, 936 Pairs | 936.00 | 936.00 |
|  | Sales Tax | 9.00% | 0.00 |

**Total** $11,808.00

| Phone # | Fax # | Contact: | Web Site |
|---|---|---|---|
| 661 775-0611 | 661 775-0613 | Accounts Receivable | www.amsfulfillment.com |