# EXHIBIT F

# EXHIBIT F



June 8, 2017

To whom it may concern:

We acknowledge that on December 31, 2015 we had taken constructive delivery and receipt on the product detailed on Ironclad invoice number 206066 in the amount of $413,640.00 and dated 12/31/15.

We had taken constructive delivery as of December 31, 2015 to allow us to proceed with making modifications to the product and associated packaging listed on the above mentioned invoice so that we could be able to sell the product to international based distributors.

We acknowledge that all title and risk related to this shipment transferred to us at the AMS facility on December 31, 2015.

Very Truly Yours,

Bob Goldstein

5656 N. Central Expressway, Unit 404, Dallas, Texas  75206, Phone 214-634-5500

**PROOF OF SERVICE**

I, Chris O'Meara, declare:

I am a citizen of the United States and employed in County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 601 South Figueroa Street, Suite 2500, Los Angeles, California 90017-5704.

I hereby certify that on January 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF System which will send notification of such filing to the following parties:

- **Prashanth Chennakesavan**
  prashanth.chennakesavan@ltlattorneys.com,docket@ltlattorneys.com
- **Ahmed Jinnah**
  andy.jinnah@dentons.com,tania.moyron@dentons.com,asolomon@solomoncramer.com,docket.general.lit.LOS@dentons.com,christina.omeara@dentons.com
- **Samuel R Maizel**
  samuel.maizel@dentons.com,alicia.aguilar@dentons.com
- **Tania M Moyron**
  tania.moyron@dentons.com,chris.omeara@dentons.com
- **Andrew T Solomon**
  asolomon@solomoncramer.com
- **Joedat H Tuffaha**
  joe.tuffaha@ltlattorneys.com,joe.tuffaha@gmail.com,Docket@ltlattorneys.com

I declare that I have been retained by a member of the bar of this Court at whose direction this service was made.

Executed on January 24, 2019, at Los Angeles, California.

/s/Chris O'Meara
Chris O'Meara

109766963\V-1