SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
AHMED ("ANDY") R. JINNAH (Bar No. 297907)
andy.jinnah@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California. 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9224

ANDREW T. SOLOMON (*admitted pro hac vice*)
asolomon@solomoncramer.com
SOLOMON & CRAMER LLP
1441 Broadway, Suite 6026
New York, New York 10018
Telephone: (212) 884-9102
Facsimile: (516) 368-3896

Attorneys for Plaintiff Matthew Pliskin,
as Trustee of the ICPW Nevada Trust

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| MATTHEW PLISKIN, AS TRUSTEE OF THE ICPW NEVADA TRUST,<br><br>Plaintiff,<br><br>-against-<br><br>ROBERT GOLDSTEIN and DRG STRATEGIC, LLC d/b/a/ MERIDIAN GLOBAL,<br><br>Defendants. | Case. No.: 2:18-cv-09491-FMO(ASx)<br><br>**NOTICE OF LODGING [PROPOSED] ORDER ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Hearing: February 14, 2019 at 10 a.m. |

PLEASE TAKE NOTICE that Plaintiff Matthew Pliskin, as Trustee of the ICPW Nevada Trust, hereby lodges the attached [Proposed] Order on Defendants' Motion to Dismiss.

| | | |
|---|---|---|
| 1 | Dated: January 25, 2019 | DENTONS US LLP |
| 2 | | By: */s/ Ahmed ("Andy") R. Jinnah* |
| | | Samuel R. Maizel |
| 3 | | Tania M. Moyron |
| 4 | | Ahmed ("Andy") R. Jinnah |
| 5 | | SOLOMON & CRAMER LLP |
| | | By: */s/ Andrew T. Solomon* |
| 6 | | Andrew T. Solomon (*admitted pro hac vice*) |
| 7 | | Attorneys for Plaintiff Matthew Pliskin, as Trustee for the ICPW Nevada Trust |

2

NOTICE OF LODGING [PROPOSED] ORDER