SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
AHMED ("ANDY") R. JINNAH (Bar No. 297907)
andy.jinnah@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California. 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9224

ANDREW T. SOLOMON (*admitted pro hac vice*)
asolomon@solomoncramer.com
SOLOMON & CRAMER LLP
1441 Broadway, Suite 6026
New York, New York 10018
Telephone: (212) 884-9102
Facsimile: (516) 368-3896

Attorneys for Plaintiff Matthew Pliskin,
as Trustee of the ICPW Nevada Trust

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| MATTHEW PLISKIN, AS TRUSTEE OF THE ICPW NEVADA TRUST<br><br>Plaintiff,<br><br>-against-<br><br>ROBERT GOLDSTEIN and DRG STRATEGIC, LLC d/b/a/ MERIDIAN GLOBAL,<br><br>Defendants. | Case. No.: 2:18-cv-09491-FMO(ASx)<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS** |

On January 16, 2019, Defendants Robert Goldstein and DRG Strategic filed a Motion to Dismiss Plaintiff's Complaint, and papers in support thereof, for lack of personal jurisdiction. ECF

1  No. 15.  On January 24, 2019, Plaintiff Matthew Pliskin, as Trustee of the ICPW Nevada Trust, filed
2  his Opposition, and papers in support thereof, to Defendants' motion.  ECF Nos. 19 & 20.
3         After having reviewed and considered the submissions of the parties and the arguments of
4  counsel, the Court finds that Defendants are properly subject to personal jurisdiction in this forum.
5  For the reasons stated in Plaintiff's Memorandum in Opposition, ECF No. 19, Defendants have
6  sufficient "minimum contacts" with California that are sufficiently related to the causes of action
7  "such that the maintenance of the suit does not offend traditional notions of fair play and substantial
8  justice."  *Oakley, Inc. v. Jofa AB*, 287 F. Supp. 2d 1111, 1114 (C.D. Cal. 2003) (citing *Data Disc,*
9  *Inc. v. Sys. Tech. Assoc., Inc.*, 557 F.2d 1280, 1287 (9th Cir. 1977)).  Defendants' Motion to Dismiss
10 is therefore DENIED.

12 IT IS SO ORDERED.

14 DATED: _____, 2019         _____
15                                             The Honorable Fernando M. Olguin
                                                United Stated District Court Judge