SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
AHMED ("ANDY") R. JINNAH (Bar No. 297907)
andy.jinnah@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California. 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9224

ANDREW T. SOLOMON (*admitted pro hac vice*)
asolomon@solomoncramer.com
NATHAN B. ROBERTS (*admitted pro hac vice*)
nroberts@solomoncramer.com
SOLOMON & CRAMER LLP
1441 Broadway, Suite 6026
New York, New York 10018
Telephone: (212) 884-9102
Facsimile: (516) 368-3896

Attorneys for Plaintiff Matthew Pliskin,
as Trustee of the ICPW Nevada Trust

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| MATTHEW PLISKIN, AS TRUSTEE OF THE ICPW NEVADA TRUST<br><br>    Plaintiff,<br><br>-against-<br><br>ROBERT GOLDSTEIN and DRG STRATEGIC, LLC d/b/a/ MERIDIAN GLOBAL,<br><br>    Defendants. | Case No.: 2:18-cv-09491-FMO(ASx)<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Current date: February 28, 2019<br>New date: March 21, 2019<br><br>[*Proposed Order filed concurrently herewith*] |

1 | The parties, through counsel, submit this Stipulation to continue the scheduling conference currently set for February 28, 2019.

2. 1. On January 18, 2019, the Court issued an Order setting a scheduling conference for February 28, 2019 at 10:00 am.  ECF No. 18.

2. On February 11, 2019, the Court issued an (In Chambers) Order Re: Briefing, directing the parties to brief the question of transfer of this action under 28 U.S.C. § 1404(a).  ECF No. 28.  Pursuant to the Order, the parties are to file their memoranda no later than February 18, 2019, and file their responses no later than February 25, 2019.

3. The parties have not made any previous requests to continue the scheduling conference.

THEREFORE, the parties stipulate and agree, subject to approval by the Court, as follows:

4. In light of the question of transfer of venue now pending before the Court, a continuance of the scheduling conference will conserve the resources of the Court and the parties.  The Court's resolution of the transfer question may obviate the need for the scheduling conference.

5. The parties respectfully request that the Court continue the scheduling conference to March 21, 2019.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |

Dated: February 21, 2019

DENTONS US LLP
By: */s/ Ahmed ("Andy") R. Jinnah*
Samuel R. Maizel
Tania M. Moyron
Ahmed ("Andy") R. Jinnah

SOLOMON & CRAMER LLP
By: */s/ Andrew T. Solomon*
Andrew T. Solomon (*admitted pro hac vice*)
Nathan B. Roberts (*admitted pro hac vice*)

Attorneys for Plaintiff Matthew Pliskin, as Trustee for the ICPW Nevada Trust

Dated: February 21, 2019

LTL ATTORNEYS LLP
By: */s/ Joe H. Tuffaha*
Joe H. Tuffaha
Prashanth Chennakesavan

ADKERSON HAUDER & BEZNEY, P.C.
By: */s/ Bernie E. Hauder*
Bernie E. Hauder (*admitted pro hac vice*)

Attorneys for Defendants Robert Goldstein and DRG Strategic, LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 21, 2019

By: */s/ Nathan B. Roberts*
Nathan B. Roberts

3